JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MY DAILY STYLES, an Unknown Business Entity; and DOES 1 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: CV 20-7227-DMG- (SKx)<br><br>**ORDER RE PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF DEFENDANT MY DAILY STYLES WITH PREJUDICE [24]** |

　　　　WHEREAS, **Plaintiff Chrome Hearts LLC** ("Chrome Hearts" or "Plaintiff") has filed a Complaint in this action charging, *inter alia,* **Defendant My Daily Styles** ("Defendant" or "MDS") with trademark infringement, unfair competition and related common and state law claims arising from Defendant's alleged unauthorized manufacture, production, distribution, advertisement, offering for sale, and/or sale of products bearing unauthorized reproductions of the Chrome Hearts Marks (attached hereto and incorporated herein as **Exhibit A**) (such products hereinafter referred to as "Accused Products"), an exemplar of the Accused Products being shown below:

*Example of Accused Product*

WHEREAS, the parties have entered into a Settlement Agreement and Mutual Release to fully resolve all of the claims in this action among the parties;

WHEREAS, without any admission of liability, Defendant My Daily Styles has consented to entry of a permanent injunction under the terms below, **IT IS HEREBY ORDERED** that:

1. Defendant and his agents, servants, employees and all entities and/or persons in active concert and participation with him are hereby permanently restrained and enjoined from infringing upon the Chrome Hearts Marks in **Exhibit A**, including, but not limited to:

   a. manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling the Accused Products or any other products which bear the Chrome Hearts Marks and/or any marks confusingly similar thereto;

   b. engaging in any other activity constituting unfair competition with Chrome Hearts, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements used or owned by or associated with Chrome Hearts; and

   c. committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendant are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Chrome Hearts.

WHEREAS, Plaintiff and Defendant have further agreed as follows,

**IT IS HEREBY FURTHER ORDERED** that:

2. This Court has jurisdiction over the parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

3. The Parties' Stipulation to and entry of this Order shall serve to bind and obligate the Parties hereto.

4. Each Party shall bear their own attorneys' fees and costs associated with the present action with neither one to be deemed as the prevailing Party.

5. The jurisdiction of this Court is retained for the purpose of enforcing or modifying the Permanent Injunction granted by this Order.

6. Except as provided for herein, Defendant and the above-captioned action are hereby dismissed with prejudice.

7. The Order to Show Cause dated November 17, 2020 is DISCHARGED. [Doc. # 23.]

**IT IS SO ORDERED.**

DATED: December 1, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

# **EXHIBIT A**

| Mark | U.S. Reg. No. | Relevant Goods |
|---|---|---|
| Chrome Hearts Cross | 3,605,860 | Jewelry, Namely, Rings, Earrings, Pendants, Necklaces, Bracelets, Cuff Bracelets, Cuff Links, Watch Bracelets and Key Rings Made of Precious Metals |